UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDY EDWARD PIGG, | CASE NO. EDCV 06-1209-DOC (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| M. EVANS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  January 21, 2011

/s/ David O. Carter
DAVID O. CARTER
United States District Judge